Prob 12C (12/04)
(D/KS 12/19)

PACTS# 3952623

# United States District Court

for the

## District of Kansas
*Amended*
Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Darnell Tyree-Peppers**     Case Number: **1083 5:17CR40085-001**

Sentencing Judicial Officer: Honorable Daniel D. Crabtree, U.S. District Judge

Date of Original Sentence: 07/16/2018

Original Offense: Theft of a Firearm from a Federally-Licensed Dealer, in violation of 18 U.S.C § 922(u) and 18 U.S.C § 924 (m), A Class C Felony

Original Sentence: 24 Months Prison, 36 Months Supervised Release

Type of Supervision: Supervised Release     Date Supervision Commenced: 07/05/2019
Asst. U.S. Attorney: Duston J. Slinkard     Defense Attorney: Kevin Babbit

## PETITIONING THE COURT

☒ The issuance of a warrant is not necessary. A warrant was previously issued on August 3, 2020 and has not been executed. Docket Entry, Petition, and Warrant sealed and not to be distributed to counsel of record. Docket Entry, Petition and Warrant unsealed upon arrest.

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Standard Condition #8: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.** |

On October 9, 2019, Mr. Tyree-Peppers admitted to Topeka Police Officers during a homicide investigation that he was with Antonio Clark prior to Mr. Clark's murder. Antonio Clark has prior felony convictions. Mr. Clark was a Bureau of Prisons inmate on home confinement at the time of his murder.

On November 13, 2019, Mr. Tyree-Peppers admitted to being in a vehicle with Reginald Newman whom is a convicted felon and on federal supervision.

Prob 12C -2-
Name of Offender: Darnell Tyree-Peppers          Case Number:  1083 5:17CR40085-001

| | |
|---|---|
| 2 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

On July 7, 2020, this officer texted Mr. Tyree-Peppers and asked him to contact this officer. Mr. Tyree-Peppers never contacted this officer.

On July 8, 2020, this officer texted Mr. Tyree-Peppers and asked him to contact this officer. Mr. Tyree-Peppers never contacted this officer.

On July 8, 2020, this officer went to Mr. Tyree-Peppers' residence for a home contact. He was not home so this officer left a business card in the door. Mr. Tyree-Peppers never contacted this officer.

On July 13, 2020, this officer texted Mr. Tyree-Peppers and asked him to contact this officer. Mr. Tyree-Peppers never contacted this officer.

Only July 13, 2020, this officer mailed Mr. Tyree-Peppers a letter directing him to report to the U.S. Probation Office in Topeka, Kansas on July 17, 2020 at 9am. Mr. Tyree-Peppers failed to report as directed or anytime thereafter.

| | |
|---|---|
| 3 | **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

On July 16, 2020, this officer went to Mr. Tyree-Peppers' residence and his cousin whom he lives with answered the door. She reported she had not seen Mr. Tyree-Peppers in about three weeks. She did confirm she received this officer's letter in the mail for him. She reported she sent him a picture of the letter directing him to report to this officer. Mr. Tyree-Peppers never reported to the probation office and never contacted this officer.

| | |
|---|---|
| [1]4 | **Mandatory Condition:** You must not commit another federal, state, or local crime. |

On October 10, 2020, Mr. Tyree-Peppers was arrested by Topeka Police Officers in Topeka, Kansas, for First Degree Murder, Aggravated Burglary and Aggravated Robbery. This information is found in Topeka Police Department Case #2019-107065.

---

[1] New violation conduct

Prob 12C  -3-
*Name of Offender: Darnell Tyree-Peppers*   *Case Number: 1083 5:17CR40085-001*

U.S. Probation Officer Recommendation:

This officer recommends Mr. Tyree-Peppers supervised release be revoked.

    The term of supervision should be:

        ☒ Revoked
        ☐ Extended for years, for a total term of years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 10/13/2020

by _____
Courtney Smith
U.S. Probation Officer

Approved:

_____
John W. Deters, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.
☐ The Issuance of a Summons
☒ Other: Petition submitted for filing purposes only. Warrant has been previously issued.)

s/ Daniel D. Crabtree
Signature of Judicial Officer

10/16/2020
Date