**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

**UNITED STATES OF AMERICA,**      Case No: 17-cr-40085-TC-1
    Plaintiff,      AUSA: Lindsey Debenham
     Defendant: Tom Bartee, AFPD

v.

**DARNELL TYREE-PEPPERS,**
    Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | June 22, 2023 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 12:04 p.m. |
| INTERPRETER: | _____ | PROBATION: | Zach Burgoon |

## PROCEEDINGS

☐ Initial Appearance – min.     ☐ Initial Revocation Hearing – min.     ☐ Bond Hearing – min.
☐ Arraignment – min.     ☐ Initial Rule 5(c)(3) – min.     ☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.     ☐ Preliminary Hearing – min.     ☒ **In-Court Hearing – 17 min.**

☒ **Constitutional Rights Explained**

☐ Bond Revoked     ☐ Continued on present conditions     ☒ **Release Order executed**     ☐ Remanded to Custody

☒ **Release ordered – Oral motion (ECF No. 96) found as MOOT.**

**OTHER:** Defendant appears in person, in custody and with counsel Tom Bartee. Lindsey Debenham appears for the government on behalf of Stephen Hunting. Government no longer requests detention. The defendant shall continue supervision under the previously ordered terms and conditions of supervised release with the additional conditions of home confinement and curfew pending the final revocation. Formal order of release to follow.