**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No.:   5:17CR40085-001** |
| ) | |
| **DARNELL TYREE-PEPPERS,** ) | |
| Defendant. ) | |

**ORDER OF RELEASE AND MODIFICATION
PENDING FINAL REVOCATION HEARING**

On June 22, 2023, the above-entitled matter came for hearing on the Petition of the United States Probation Office to revoke the supervised release granted to the defendant on July 16, 2018. The Plaintiff appeared by Lindsey Debenham, Special Assistant United States Attorney. The Defendant appeared in person and by their attorney, Tom Bartee.

The Court orders that Defendant be released from custody pending the final revocation hearing on this matter.

The Court orders that pending the final revocation hearing on this matter, Defendant shall continue supervision under the previously ordered terms and conditions of supervised release and that the following conditions of bond be added as follows:

1) You shall be placed on curfew to commence upon release from custody. During this time, you are restricted to your residence every day from 8:00 PM to 8:00 AM. The probation officer shall have authority to grant exceptions within these hours to accommodate your employment schedule or for other appropriate appointments or obligations. You will be required to wear a location monitoring device, which will include Radio Frequency, Global Positioning System and/or Random Tracking at the discretion of the probation officer, and you shall abide by

all technology requirements. You must follow all location monitoring procedures specified by the probation officer, and you must contribute toward the cost, to the extent you are financially able to do so, as directed by the court and/or probation officer.

The Court orders Defendant to reside at 1109 SE 36th Terrace, Topeka, Kansas 66605 unless granted permission by the U.S. Probation Office to move.

IT IS SO ORDERED.

Dated June 22, 2023 at Topeka, Kansas.

/s/ Rachel E. Schwartz
Rachel E. Schwartz
United States Magistrate Judge