UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **17-40085** |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **DARNELL TYREE-PEPPERS,** | ) | | |
| | ) | | |
| Defendant. | ) | Date of Hearing: | **9/26/23** |
| _____ | ) | | |

CRIMINAL MINUTE SHEET – FINAL REVOCATION – SUPERVISED RELEASE
Conclusion of 8/16/23 Revocation Hearing

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Sherry Harris** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| Time in Court: | **54 minutes** |

**APPEARANCES:**   *court and parties appear by:*  **IN PERSON**
- UNITED STATES OF AMERICA:   **Stephen Hunting for Lindsey Debenham**
- DEFENDANT'S COUNSEL:   **Tom Bartee**
- DEFENDANT:   ☒ On Release – Present at hearing
- UNITED STATES PROBATION:   **Valerie Allen for Courtney Smith**

**PROCEEDINGS:**

This hearing is the conclusion of the revocation hearing which began on 8/16/23, wherein the Court set a briefing schedule. Defendant, at that hearing, did not stipulate to the violations outlined in paragraphs 17-20 of the Violation Report, Doc. 93, and makes its jurisdictional objection.

Both parties submitted briefs. The Court overrules Defendant's jurisdictional objection.

The Court finds that Defendant has violated the conditions of his supervised release as set forth in the Violation Report, Doc. 93, and, therefore, said term of supervised release is **REVOKED.**

It is the judgment of the Court: The Court will reinstate one year of supervised release to begin today. Mr. Peppers shall be placed on supervised release for a term of one year as discussed on the record.

Defendant is released on supervised release.

Case 5:17-cr-40085-TC   Document 108   Filed 09/26/23   Page 2 of 2