# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
*Plaintiff*,

v.  Case No. **17-cr-40085-TC**

**DARNELL TYREE-PEPPERS**,
*Defendant*.

_____

## NOTICE OF APPEAL
_____

Darnell Tyree-Peppers, Defendant, hereby serves notice, pursuant to Federal Rule of Appellate Procedure 4(b), of his intent to appeal the Order Revoking and Reinstating Supervised Release of the district court issued on September 27, 2023 (Doc. 109) to the U.S. Court of Appeals for the Tenth Circuit.

Respectfully submitted,

s/ Thomas W. Bartee
Thomas W. Bartee, #15133
Assistant Federal Public Defender
632 SW Van Buren St., Suite 200
Topeka, KS 66603
785-232-9828
Fax: 785-232-9886
Email: tom_bartee@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ Thomas W. Bartee<br>
Thomas W. Bartee, #15133