# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee,<br>v.<br><br>DARNELL TYREE-PEPPERS,<br>　　　Defendant-Appellant. | District Court No. 5:17-cr-40085-TC-1<br><br><br>Court of Appeals No. 23-3171 |

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

　　　Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

　　　The following items should also be included in the record on appeal:

1. Transcript of revocation hearing held on August 16, 2023
2. Transcript of revocation hearing held on September 26, 2023
3.
4.

　　　　　　　　　　　　　　　　　　　Signature: s/ Daniel T. Hansmeier

　　　　　　　　　　　　　　　　　　　Counsel for: Darnell Tyree-Peppers

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on October 3, 2023.

Signature: s/ Daniel T. Hansmeier

CLOSED,APPEAL

## U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CRIMINAL DOCKET FOR CASE #: 5:17-cr-40085-TC-1

| | |
|---|---|
| Case title: USA v. Tyree-Peppers et al | Date Filed: 08/23/2017 |
| | Date Terminated: 07/18/2018 |

Assigned to: District Judge Toby Crouse

**Defendant (1)**

| | | |
|---|---|---|
| **Darnell Tyree-Peppers**<br>*TERMINATED: 07/18/2018* | represented by | **Kevin W. Babbit**<br>Fagan & Emert, LLC<br>800 New Hampshire, Suite 110<br>Lawrence, KS 66044<br>785-331-0300<br>Fax: 785-331-0303<br>Email: kbabbit@faganemert.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Thomas W. Bartee**<br>Federal Public Defender - Topeka<br>632 SW Van Buren Street, Suite 200<br>Topeka, KS 66603<br>785-232-9828<br>Fax: 785-232-9886<br>Email: tom_bartee@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Andrew J. McGowan**<br>134 SW Woodlawn<br>Topeka, KS 66606<br>309-265-1701<br>Email: amcgowanesq@gmail.com<br>*TERMINATED: 03/13/2018*<br>*Designation: Public Defender or Community Defender Appointment* |

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| | (REVOCATION JUDGMENT filed 8/24/20 Defendant sentenced to 6 months imprisonment Defendant sentenced to 6 months imprisonment) Defendant is sentenced to a term of 24 months imprisonment. Upon release from imprisonment, defendant shall be on supervised release for a term of 3 years. Defendant shall pay special assessment of $100 and restitution of $8,334. |
| 18:922(u) and 924(m) - Intentionally steal a firearm (SEALED INDICTMENT FILED 8/23/2017) (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Duston J. Slinkard**<br>Office of United States Attorney - Topeka<br>290 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683-3592<br>785-295-2850<br>Fax: 785-295-2853<br>Email: duston.slinkard@usdoj.gov<br>*TERMINATED: 08/28/2019*<br>*LEAD ATTORNEY*<br>*Designation: Retained*<br><br>**Lindsey Debenham**<br>Office of United States Attorney - Topeka<br>290 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683-3592<br>785-295-2680<br>Email: lindsey.debenham@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Stephen Hunting**<br>Office of United States Attorney - Topeka<br>290 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683-3592<br>785-295-7685<br>Email: stephen.hunting@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2017 | 1 | SEALED INDICTMENT filed as to Darnell Tyree-Peppers (1) on count 1, and Angel Rodriguez (2) on count 2. (ht) (Entered: 08/24/2017) |
| 08/30/2017 | 3 | NOTICE OF HEARING as to Defendant Darnell Tyree-Peppers THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Initial Appearance and Arraignment set for 8/30/2017 at 10:30 AM in Topeka Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (sg) (Entered: 08/30/2017) |
| 08/30/2017 | 4 | MOTION to Unseal Indictment by USA as to Darnell Tyree-Peppers, Angel Rodriguez. (ht) (Entered: 08/30/2017) |
| 08/30/2017 | 5 | ORDER granting 4 Motion to Unseal Indictment as to Darnell Tyree-Peppers (1), and Angel Rodriguez (2). Signed by Magistrate Judge K. Gary Sebelius on 8/30/2017. (ht) (Entered: 08/30/2017) |
| 08/30/2017 | 6 | ENTRY OF APPEARANCE: by attorney Andrew J. McGowan appearing for Darnell Tyree-Peppers (McGowan, Andrew) (Entered: 08/30/2017) |

| | | |
|---|---|---|
| 08/30/2017 | | ARREST of Darnell Tyree-Peppers (ht) (Entered: 09/01/2017) |
| 08/30/2017 | 7 | ARREST WARRANT returned executed on 8/30/2017 as to Darnell Tyree-Peppers. (ht) (Entered: 09/01/2017) |
| 08/30/2017 | 10 | MINUTE ENTRY for Arraignment, Initial Appearance and Discover proceedings held before Magistrate Judge K. Gary Sebelius as to Darnell Tyree-Peppers (1) on Count 1 on 8/30/2017. Defendant is released on conditions of pretrial release with an unsecured O/R bond. (Tape #Network @ 10:58AM.) (ht) (Entered: 09/07/2017) |
| 08/30/2017 | 11 | FINANCIAL AFFIDAVIT by Darnell Tyree-PeppersNOTE - Access to document is restricted pursuant to the courts privacy policy. (ht) (Entered: 09/07/2017) |
| 08/30/2017 | 12 | ORDER SETTING CONDITIONS OF RELEASE as to Darnell Tyree-Peppers (1) on Personal Recognizance or Unsecured Bond. Signed by Magistrate Judge K. Gary Sebelius on 8/30/2017. (ht) (Entered: 09/07/2017) |
| 09/07/2017 | 15 | PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED: as to Darnell Tyree-Peppers and Angel Rodriguez. Status Conference set for 10/12/2017 at 09:00 AM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Signed by Magistrate Judge K. Gary Sebelius on 8/30/2017. (ht) (Entered: 09/07/2017) |
| 09/29/2017 | 19 | Unopposed MOTION to Continue Status Conference by Darnell Tyree-Peppers. (McGowan, Andrew) (Entered: 09/29/2017) |
| 10/04/2017 | 20 | ORDER granting 19 Motion to Continue as to Darnell Tyree-Peppers (1). Status Conference set for 10/12/2017 is CONTINUED to 11/13/2017 at 09:00 AM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on 10/04/2017. (mig) (Entered: 10/04/2017) |
| 10/11/2017 | 21 | SEALED ORDER: Signed by Magistrate Judge K. Gary Sebelius on 10/11/17. (msb) (Entered: 10/12/2017) |
| 10/12/2017 | 22 | NOTICE OF HEARING as to Defendant Darnell Tyree-Peppers THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Bond Revocation Hearing set for 10/12/2017 at 02:30 PM in Topeka Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (sg) (Entered: 10/12/2017) |
| 10/12/2017 | 23 | NOTICE OF CONTINUED HEARING as to Defendant Darnell Tyree-Peppers THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Bond Revocation Hearing continued to 10/17/2017 at 10:00 AM in Topeka Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (sg) (Entered: 10/12/2017) |
| 10/12/2017 | 24 | MINUTE ENTRY for Bond Hearing held before Magistrate Judge K. Gary Sebelius as to Darnell Tyree-Peppers on 10/12/2017. Defendant moves to continue this hearing and the Motion is granted. Bond Revocation set for 10/17/2017 at 10:00 AM before Magistrate Judge Sebelius. The period of delay resulting from the continuance shall be excludable time. Defendant remanded to custody. (Tape #Network @ 3:15 PM.) (ht) (Entered: 10/13/2017) |
| 10/16/2017 | 26 | ARREST WARRANT returned executed on 10/12/2017 as to Darnell Tyree-Peppers. (ht) (Entered: 10/16/2017) |
| 10/17/2017 | 27 | MINUTE ENTRY for Bond Revocation Hearing held before Magistrate Judge K. Gary Sebelius as to Darnell Tyree-Peppers on 10/17/2017. Defendant is remanded to custody. (Tape #Network @ 10:27 AM.) (ht) (Entered: 10/17/2017) |
| 10/17/2017 | 28 | ORDER REVOKING PRETRIAL RELEASE AND DETENTION as to Darnell Tyree-Peppers. Signed by Magistrate Judge K. Gary Sebelius on 10/17/2017. (ht) (Entered: 10/17/2017) |
| 11/13/2017 | 30 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: STATUS CONFERENCE as to Darnell Tyree-Peppers held on 11/13/2017. Status Conference set for 12/11/2017 at 09:00 AM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Designated time, 11/13/2017 until 12/11/2017, excludable as to Darnell Tyree-Peppers. Defendant remanded to custody. (Court Reporter Sherry Harris.) (mig) (Entered: 11/13/2017) |
| 12/11/2017 | 34 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: STATUS CONFERENCE as to Darnell Tyree-Peppers held on 12/11/2017. Motions due by 1/5/2018. Response deadline 1/19/2018. Motion Hearing set for 1/29/2018 at 09:00 AM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Jury Trial set for 4/3/2018 at 09:00 AM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Designated time, 12/11/2017 until 4/3/2018, excludable as to Darnell Tyree-Peppers. Defendant remanded to custody. (Court Reporter Sherry Harris.) (mig) (Entered: 12/11/2017) |
| 01/12/2018 | 39 | Unopposed MOTION for leave to File Pretrial Motions Out of Time by Darnell Tyree-Peppers. (McGowan, Andrew) (Entered: 01/12/2018) |
| 01/23/2018 | 40 | ORDER granting 39 Motion for Leave to File Pretrial Motions Out of Time as to Darnell Tyree-Peppers (1). Motions due by 2/9/2018. Response deadline 2/23/2018. Motion Hearing set for 3/5/2018 at 09:00 AM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Jury Trial remains set for 4/3/2018 at 09:00 AM |

| | | |
|---|---|---|
| | | in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on 01/23/2018. (mig) (Entered: 01/23/2018) |
| 02/09/2018 | 41 | Unopposed MOTION to Continue Motions Deadline by Darnell Tyree-Peppers. (McGowan, Andrew) (Entered: 02/09/2018) |
| 02/13/2018 | 42 | ORDER granting 41 Motion to Continue as to Darnell Tyree-Peppers (1). Motions due by 3/12/2018. Response deadline 3/26/2018. Motion Hearing set for 4/9/2018 at 09:00 AM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Jury Trial set for 5/15/2018 at 09:00 AM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on 02/13/2018. (mig) (Entered: 02/13/2018) |
| 03/12/2018 | 43 | MOTION to Withdraw Andrew J. McGowan as Attorney by Darnell Tyree-Peppers. (McGowan, Andrew) (Entered: 03/12/2018) |
| 03/13/2018 | 44 | ORDER granting 43 Motion to Withdraw as Attorney as to Darnell Tyree-Peppers (1). Signed by District Judge Daniel D. Crabtree on 03/13/2018. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 03/13/2018) |
| 03/16/2018 | 45 | ORDER APPOINTING CJA ATTORNEY Kevin Babbit as to Darnell Tyree-Peppers. Signed by District Judge Daniel D. Crabtree on 3/14/2018. (ht) (Entered: 03/16/2018) |
| 03/16/2018 | 46 | NOTICE OF HEARING as to Defendant Darnell Tyree-Peppers THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 3/26/2018 at 09:00 AM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 03/16/2018) |
| 03/23/2018 | 47 | MOTION for Extension of Time to File *Pretrial Motions and for Continuance of Jury Trial* by Darnell Tyree-Peppers. (Babbit, Kevin) (Entered: 03/23/2018) |
| 03/26/2018 | 48 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: STATUS CONFERENCE as to Darnell Tyree-Peppers held on 3/26/2018. Status Conference set for 4/9/2018 at 09:00 AM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Designated time, 3/26/2018 until 4/9/2018, excludable as to Darnell Tyree-Peppers. Defendant remanded to custody. (Court Reporter Sherry Harris.) (mig) (Entered: 03/26/2018) |
| 03/30/2018 | 49 | NOTICE OF INTENT TO CHANGE PLEA and NOTICE OF HEARING. The defendant Darnell Tyree-Peppers has notified the court as of this date that he/she intends to change his/her plea. The time from this notice until the change of plea hearing (including any continuances) is excludable time for speedy trial purposes. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Change of Plea Hearing set for 4/16/2018 at 09:00 AM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 03/30/2018) |
| 04/03/2018 | 52 | NOTICE OF CANCELLED HEARING: Status Conference as to Defendant Darnell Tyree-Peppers set for 4/9/2018 is cancelled in light of defendant's notice of intent to change his plea. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 04/03/2018) |
| 04/16/2018 | 57 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: CHANGE OF PLEA HEARING as to Darnell Tyree-Peppers held on 4/16/2018. Sentencing set for 7/16/2018 at 01:30 PM in Topeka Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Defendant remanded to custody. (Court Reporter Sherry Harris.) (mig) (Entered: 04/16/2018) |
| 04/16/2018 | 58 | PETITION TO ENTER PLEA OF GUILTY AND ORDER ENTERING PLEA as to Darnell Tyree-Peppers (1) on Count 1. Signed by District Judge Daniel D. Crabtree on 4/16/2018. (ht) (Entered: 04/17/2018) |
| 04/16/2018 | 59 | PLEA AGREEMENT as to Darnell Tyree-Peppers re 58 Petition and Order to Enter Plea of Guilty (ht) (Entered: 04/17/2018) |
| 07/09/2018 | 62 | PRESENTENCE INVESTIGATION REPORT as to Darnell Tyree-Peppers<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(Ramirez, Eulalia) (Entered: 07/09/2018) |
| 07/16/2018 | 63 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: SENTENCING HEARING held on 7/16/2018 as to defendant Darnell Tyree-Peppers. (Court Reporter Sherry Harris.) (mig) (Entered: 07/16/2018) |
| 07/18/2018 | 64 | JUDGMENT as to Darnell Tyree-Peppers (1), on Count 1, Defendant is sentenced to a term of 24 months imprisonment. Upon release from imprisonment, defendant shall be on supervised release for a term of 3 years. Defendant shall pay special assessment of $100 and restitution of $8,334. Signed by District Judge Daniel D. Crabtree on 7/18/2018. (ht) (Entered: 07/18/2018) |
| 07/18/2018 | 65 | STATEMENT OF REASONS as to Darnell Tyree-Peppers re 64 Judgment |

| | | |
|---|---|---|
| | | (NOTE: Access to this document is restricted to the USA and this defendant.) <br><br> (ht) (Entered: 07/18/2018) |
| 08/28/2019 | 72 | WITHDRAWAL OF COUNSEL by Duston J. Slinkard and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL by Stephen Hunting on behalf of USA (Hunting, Stephen) (Entered: 08/28/2019) |
| 11/14/2019 | 76 | REQUEST AND ORDER Modifying Conditions or Term of Supervision with Consent of the Offender (Form 12B) as to Darnell Tyree-Peppers. Signed by District Judge Daniel D. Crabtree on 11/14/2019. (mig) (Entered: 11/14/2019) |
| 08/03/2020 | 87 | PETITION AND ORDER for Warrant for Offender Under Supervision (Probation Form 12C) - Signed by District Judge Daniel D. Crabtree on 8/3/2020. (mls) Modified docket text and unsealed per RES chambers on 6/16/2023. (jsh) (Entered: 08/03/2020) |
| 10/16/2020 | 92 | AMENDED PETITION AND ORDER for Warrant for Offender Under Supervision (Probation Form 12C) - signed by District Judge Daniel D. Crabtree on 10/16/2020. (Petition submitted for filing purposes only. Warrant has been previously issued.) (mls) Modified to unseal per RES chambers on 6/16/2023. (jsh) (Entered: 10/16/2020) |
| 11/05/2020 | 93 | VIOLATION REPORT as to Darnell Tyree-Peppers <br><br> (NOTE: Access to this document is restricted to the USA and this defendant.) <br><br> (Ramirez, Eulalia) (Entered: 11/05/2020) |
| 06/15/2023 | | ARREST of Darnell Tyree-Peppers. (mam) (Entered: 06/21/2023) |
| 06/16/2023 | 94 | NOTICE OF HEARING as to Defendant Darnell Tyree-Peppers. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING Initial Appearance on Revocation Proceedings set for June 20, 2023, at 1:30 p.m. in Topeka Courtroom 404 before Magistrate Judge Rachel E. Schwartz. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (drk) (Entered: 06/16/2023) |
| 06/20/2023 | 95 | ORDER REASSIGNING CASE: Case reassigned to District Judge Toby Crouse as to Darnell Tyree-Peppers for all further proceedings. District Judge Daniel D. Crabtree no longer assigned to case. Signed by deputy clerk on 06/20/2023. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 06/20/2023) |
| 06/20/2023 | 96 | ORAL MOTION for Revocation Detention by USA as to Darnell Tyree-Peppers. (jal) (Entered: 06/20/2023) |
| 06/20/2023 | 97 | MINUTE ENTRY for INITIAL APPEARANCE re Revocation of Supervised Release proceedings held 6/20/2023 before Magistrate Judge Rachel E. Schwartz as to Darnell Tyree-Peppers: attorney Thomas W. Bartee appointed. Defendant waives a preliminary hearing in open court. The court continues the detention hearing. Detention Hearing set for 6/22/2023 at 12:00 PM in Topeka Courtroom 404 (RES) before Magistrate Judge Rachel E. Schwartz. Final Hearing re Revocation of Supervised Release set for 8/16/2023 at 01:30 PM in Topeka Courtroom 401 (TC) before District Judge Toby Crouse. Defendant remanded to custody. (Tape #FTR Network @ 1:38 p.m.) (jal) (Entered: 06/20/2023) |
| 06/20/2023 | 98 | CJA 23 FINANCIAL AFFIDAVIT by Darnell Tyree-Peppers. (jal) (Entered: 06/20/2023) |
| 06/20/2023 | 99 | WAIVER OF PRELIMINARY HEARING by Darnell Tyree-Peppers. (jal) (Entered: 06/20/2023) |
| 06/20/2023 | 100 | ARREST WARRANT returned executed on 6/15/2023 as to Darnell Tyree-Peppers. (jk) (Entered: 06/21/2023) |
| 06/22/2023 | 101 | MINUTE ENTRY for proceedings held before Magistrate Judge Rachel E. Schwartz: finding as moot 96 Motion for Detention (Oral) as to Darnell Tyree-Peppers. (1); IN-COURT HEARING as to Darnell Tyree-Peppers held on 6/22/2023. Defendant appears in person, in custody and with counsel Tom Bartee. Lindsey Debenham appears for the government on behalf of Stephen Hunting. Government no longer requests detention. The defendant shall continue supervision under the previously ordered terms and conditions of supervised release with the additional conditions of home confinement and curfew pending the final revocation. Formal order of release to follow. (Tape #12:04pm) (sz) (Entered: 06/22/2023) |
| 06/22/2023 | 102 | ORDER OF RELEASE AND MODIFICATION PENDING FINAL REVOCATION HEARING. Signed by Magistrate Judge Rachel E. Schwartz on 6/22/2023. (sz) (Entered: 06/22/2023) |
| 08/16/2023 | 103 | MINUTE ENTRY for proceedings held before District Judge Toby Crouse: FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE as to Darnell Tyree-Peppers held on 8/16/2023. The Court sets briefing schedule. Briefing Deadline set for 8/30/2023. Response deadline 9/13/2023. Reply deadline 9/20/2023. Disposition of Final Hearing re Revocation of Supervised Release set for 9/26/2023 at 01:30 PM in Topeka Courtroom 401 (TC) before District Judge Toby Crouse. (Court Reporter Sherry Harris) (ta) (Entered: 08/17/2023) |
| 08/30/2023 | 104 | MEMORANDUM OF LAW by Darnell Tyree-Peppers (Bartee, Thomas) (Entered: 08/30/2023) |

| | | |
|---|---|---|
| 09/05/2023 | 105 | ENTRY OF APPEARANCE on behalf of USA by Lindsey Debenham (Debenham, Lindsey) (Entered: 09/05/2023) |
| 09/13/2023 | 106 | MEMORANDUM OF LAW by USA as to Darnell Tyree-Peppers (Debenham, Lindsey) (Entered: 09/13/2023) |
| 09/20/2023 | 107 | REPLY TO RESPONSE to Sentencing Memorandum by Darnell Tyree-Peppers (Bartee, Thomas) (Entered: 09/20/2023) |
| 09/26/2023 | 108 | MINUTE ENTRY for proceedings held before District Judge Toby Crouse: FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE as to Darnell Tyree-Peppers held on 9/26/2023. The Court finds the Defendant has violated the conditions of supervised release and said term of supervised release is revoked. The Court will reinstate one year of supervised release to begin today. Defendant is released on terms of supervision. (Court Reporter Sherry Harris) (ta) (Entered: 09/26/2023) |
| 09/27/2023 | 109 | ORDER REVOKING AND REINSTATING SUPERVISED RELEASE as to Darnell Tyree-Peppers. The defendant's term of supervised release is revoked and reinstated for a period of 12 months with all conditions imposed as outlined in the violation report. Signed by District Judge Toby Crouse on 9/27/2023. (mam) (Entered: 09/27/2023) |
| 09/29/2023 | 110 | NOTICE OF APPEAL TO 10CCA as to defendant Darnell Tyree-Peppers re 109 Order Revoking Bond, (Bartee, Thomas) (Entered: 09/29/2023) |
| 09/29/2023 | 111 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Darnell Tyree-Peppers re 110 Notice of Appeal (Attachments: # 1 Preliminary Packet). (mls) (Entered: 09/29/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/03/2023 09:49:13 | | | |
| PACER Login: | ksxfd0423 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:17-cr-40085-TC |
| Billable Pages: | 7 | Cost: | 0.70 |
| Exempt flag: | Exempt | Exempt reason: | Always |