**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**October 3, 2023**

_____

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARNELL TYREE-PEPPERS,

Defendant - Appellant.

No. 23-3171
(D.C. No. 5:17-CR-40085-TC-1)
(D. Kan.)

_____

**ORDER**

_____

Before **HOLMES**, Chief Circuit Judge.

_____

This matter is before the Court on Appellant's Motion to Continue Appointment.

Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §3006A, the Federal

Public Defender for the District of Kansas is appointed as counsel of record to represent

the appellant Darnell Tyree-Peppers. This appointment is effective *nunc pro tunc* to the

date the notice of appeal was filed in this matter.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk